UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC, | |
| Plaintiff, | Civil Action No. 3:17-CV-01767-VAB |
| vs. | |
| HYLETE LLC, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

Plaintiff, Hybrid Athletics, LLC ("Hybrid") hereby moves, pursuant to Local Rule 7(d), for leave to file a brief sur-reply to respond to Defendant Hylete LLC's ("Hylete") Reply in Support of its Motion to Dismiss (Dkt. 41). Plaintiff submits that good cause exists to file a sur-reply for the limited purpose of addressing Hylete's gross misstatements of law. The proposed sur-reply attached hereto is intended to bring to the Court's attention certain legal principles which demonstrate that Defendant's Motion should be denied.

Accordingly, Plaintiff respectfully requests permission of the Court to file the sur-reply attached hereto.

Respectfully submitted,

Hybrid Athletics, LLC,

Date:  February 23, 2018         */s/ Michael J. Kosma*
                                                      Michael J. Kosma, ct27906
                                                      Whitmyer IP Group LLC
                                                      600 Summer Street
                                                      Stamford, CT 06901
                                                      Tel:  203-703-0800
                                                      Fax:  203-703-0801
                                                      Email: litigation@whipgroup.com
                                                                   mkosma@whipgroup.com

                                                     ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 23rd day of February, 2018, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


February 23, 2018                                     */s/ Joan M. Burnett*
Date