# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC, | |
| Plaintiff, | Civil Action No. 3:17-CV-01767-VAB |
| vs. | |
| HYLETE LLC, | |
| Defendant. | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

## I. INTRODUCTION

Defendant Hylete, LLC ("Hylete") and Plaintiff Hybrid Athletics, LLC (collectively, the "parties"), respectfully request a six-week extension of the deadlines in the Court's March 2, 2018 Scheduling Order. (Doc. No. 48.) The parties have not previously sought any extension of the deadlines in the Court's March 2, 2018 Scheduling Order, and the parties respectfully submit that good cause exists for modifying the current schedule. Fed. R. Civ. P. 16(b).

## II. GOOD CAUSE EXISTS FOR A SIX-WEEK EXTENSION

Hylete filed a motion to dismiss on December 29, 2017 (*see* Doc. Nos. 19-20). The Court has scheduled a September 14, 2018 hearing date for Hylete's motion to dismiss. On July 27, 2018, Hybrid Athletics filed a motion for leave to amend the complaint, and seeks to add two new parties to the litigation. (*see* Doc. No. 76). The Court has scheduled a September 14, 2018 hearing date for Hybrid Athletics' motion for leave to amend.

If Hylete's Motion to Dismiss is denied (or granted only in part), Hylete will then have to file an answer to the Complaint. Hylete intends to assert affirmative defenses and counterclaims if it is required to file an answer. However, Hylete cannot fully determine which affirmative defenses and counterclaims it will assert until the Court rules on Hylete's Motion to Dismiss (and Hybrid's Motion to Amend the Complaint), and the hearing on these motions is not until September 14, 2018.

The content of Hylete's Answer will affect fact development in this case and dictate what additional discovery is required.  Hybrid may need more discovery relating to the issues raised in the Answer and Hylete will need discovery on any defenses or counterclaims asserted in Hylete's Answer.  Accordingly, even if the Court rules on the pending motions at the hearing on September 14, 2018, and Hylete is required to file an answer, that would only leave one week for:

- Hylete to file an answer;
- the parties to propound additional discovery relating to the answer;
- the parties to respond to the propounded discovery; and
- the scheduling and taking of the depositions of fact witnesses.

With the deadline for depositions of fact witness currently set for September 21, 2018, one week after the hearings on the Motion to Dismiss and the Motion for Leave to Amend the Complaint, the parties will not have sufficient time to complete discovery by the current deadline.

The parties have not previously sought any extension of the deadlines in the Court's March 2, 2018 Scheduling Order, and the parties respectfully submit that good cause exists for modifying the current schedule.

### III. CONCLUSION

For foregoing reasons, the parties respectfully request a six-week extension of the deadlines in the Court's March 2, 2018 Scheduling Order.

Respectfully Submitted,

DATED:  August 30, 2018            /s/ Dave Deonarine
                                            Dave Deonarine, *phv09386*
                                            Pattric J. Rawlins, *phv09482*
                                            Nicholas S. Kawuka, *phv09387*
                                            Procopio, Cory, Hargreaves
                                              & Savitch LLP
                                            12544 High Bluff Drive, Suite 300
                                            San Diego, CA  92130
                                            Tel: (858) 720-6300
                                            Fax: (619) 398-0167
                                            Email:  dave.deonarine@procopio.com
                                                        pattric.rawlins@procopio.com
                                                         nicholas.kawuka@procopio.com

                                            Thomas J. Mango, ct28149
                                            Michael J. Rye, ct18354
                                            Cantor Colburn LLP
                                            20 Church Street, 22nd Floor
                                            Hartford, CT 06103-3207
                                            Tel:  (860) 286-2929
                                            Fax: (860) 286-0115
                                            Email: tmango@cantorcolburn.com
                                                        mrye@cantorcolburn.com

                                            Attorneys for Defendant Hylete LLC

        /s/ Michael J. Kosma_____
Michael J. Kosma, ct27906
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
Tel:  203-703-0800
Fax:  203-703-0801
Email: litigation@whipgroup.com
      mkosma@whipgroup.com

Attorneys for Plaintiff Hybrid Athletics LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

# CERTIFICATE OF SERVICE

| | |
|---|---|
| HYBRID ATHLETICS, LLC, | ) |
| Plaintiff, | ) Case Action No. 3:17-CV-1767 |
| v. | ) |
| HYLETE LLC, | ) |
| Defendant. | ) |

I hereby certify that on August 30, 2018, a copy of the foregoing document, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electornic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Dave Deonarine
Dave Deonarine, *phv09386*
Attorneys for Defendant Hylete LLC
Procopio, Cory, Hargreaves
  & Savitch LLP
12544 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:  (858) 720-6300
Fax: (619) 398-0167
Email:   dave.deonarine@procopio.com