UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC,<br><br>   Plaintiff,<br><br>  vs.<br><br>HYLETE LLC, et al.<br><br>   Defendants. | Civil Action No. 3:17-CV-01767-VAB |

### MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 5(e), Plaintiff Hybrid Athletics, LLC ("Plaintiff" or "Hybrid") hereby respectfully moves this Court for an order sealing a portion of Hybrid Athletics' and Third-Party CrossFit's Supplemental Brief in Support of Motion to Quash and Exhibits 1 and 9 to the Declaration of Michael J. Kosma filed in support thereof in their entirety. The documents in question are being filed under seal as well as publically, in redacted format, contemporaneously herewith. The request for these documents to be filed under seal is in accordance with the terms of Paragraph 14 of the Court's Standing Protective Order entered in this matter on October 23, 2017 (Dkt. No. 6). Plaintiff further requests that the attached be maintained under seal until further order of this Court.

In support of this Motion, Plaintiff states that the aforementioned documents contain information that was previously designated Confidential or Trade Secret – Commercially Sensitive by one or more of the parties in this matter, including the Plaintiff and/or Defendant Hylete LLC.

Pursuant to LR 5(e), Hybrid Athletics' and Third-Party CrossFit's Supplemental Brief in Support of Motion to Quash and Exhibits 1 and 9 to the Declaration of Michael J. Kosma are being electronically filed under seal and are being delivered to the Court, pending the Court's decision on this Motion.

Respectfully submitted,

Date:   May 3, 2019

*/s/ Michael J. Kosma*
Michael J. Kosma, ct27906
Robert D. Keeler, ct29692
Benjamin N. Luehrs, phv08980
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
Tel:  203-703-0800
Fax:  203-703-0801
Email: litigation@whipgroup.com
         mkosma@whipgroup.com
         rkeeler@whipgroup.com
         bluehrs@whipgroup.com

ATTORNEYS FOR PLAINTIFF,
HYBRID ATHLETICS, LLC

2

**CERTIFICATE OF SERVICE**

       This is to certify that on this 3rd day of May, 2019, a true and correct copy of the foregoing **MOTION TO FILE UNDER SEAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

       This is to further certify that true copies of the confidential, unredacted documents and exhibits that are the subject of this Motion to Seal are being served via electronic mail upon counsel for Defendant, to the following:

| | |
|---|---|
| Dave Deonarine<br>Pattric J. Rawlins<br>Nicholas S. Kawuka<br>Victor Sai<br>Procopio, Cory, Hargreaves & Savitch, LLP<br>12544 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>dave.deonarine@procopio.com<br>pattric.rawlins@procopio.com<br>nicholas.kawuka@procopio.com<br>victor.sai@procopio.com | Thomas J. Mango<br>Michael J. Rye<br>Cantor Colburn LLP<br>20 Church Street, 22nd Floor<br>Hartford, Connecticut 06103<br>tmango@cantorcolburn.com<br>mrye@cantorcolburn.com |
| Jacob K. Poorman<br>Matthew B. Shields<br>Rosie Kim<br>Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>jacob.poorman@procopio.com<br>matthew.shields@procopio.com<br>rosie.kim@procopio.com | John M. Begakis, Esq., SBN 278681<br>AltView Law Group, LLP<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: (310) 230-5580<br>Fax: (310) 943-2540<br>Email: john@altviewlawgroup.com |

<u>May 3, 2019</u>                                                        */s/ Joan M. Burnett*
Date