UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>HYLETE LLC, HYLETE, INC., RONALD L. WILSON, II, and MATTHEW PAULSON,<br><br>      Defendants. | Civil Action No. 3:17-CV-01767-VAB |

### HYLETE, INC.'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS AND ADD ROBERT ORLANDO AS COUNTERCLAIM DEFENDANT

Pursuant to Fed. R. Civ. P. 15(a) and 16(b), Defendant Hylete, Inc. ("Hylete") respectfully moves for leave to file its Amended Answer and Counterclaims, attached hereto as Exhibit A, as a result of new information learned during recent discovery and, pursuant to Rules 13(h) and 20(a), to add Robert Orlando as a counterclaim defendant.

During recent depositions in March and April 2019, Hylete learned that Plaintiff Hybrid Athletics ("HA") and HA's sole owner Robert Orlando ("Orlando") interfered with Hylete's business by making false and misleading statements about Hylete, Hylete's trademarks and Hylete's products, interfered with Hylete's business relationships and Hylete's fundraising efforts, and committed further acts of fraud in obtaining HA's trademark registrations.

As a result, Hylete seeks to amend its counterclaims to add claims of false advertising under the Lanham Act, tortious interference with business expectancies, commercial disparagement and defamation, cancellation of HA's trademark registrations, and violations of the Connecticut Unfair Trade Practices Act.

Good cause exists for granting Hylete leave to add these counterclaims and other

1

amendments fine-tuning previous allegations in light of recent discovery, since Hylete only learned this new information in recent depositions.

HA would not be prejudiced by the proposed amendments. Discovery is not set to close until approximately five months from now (based on the parties' joint proposed case schedule). The new counterclaims against Orlando arise out of the same transactions as alleged against HA and questions of law and fact common to both HA and Orlando will arise in these counterclaims. Further, adding Orlando will not divest the Court of subject matter jurisdiction.

Pursuant to Local Rule 7(f), the parties met and conferred and, on May 2, 2019, HA's counsel indicated that they would oppose this motion to amend.

For these reasons, and those stated in the attached memorandum in support, Hylete requests that the Court grant it leave to file the attached Amended Answer and Counterclaims. Also attached and lodged with the Court is a Proposed Order.

                              Respectfully Submitted,

DATED: May 10, 2019        /s/ Dave Deonarine

Dave Deonarine, *phv09386*
Pattric J. Rawlins, *phv09482*
Nicholas S. Kawuka, *phv09387*
Procopio, Cory, Hargreaves & Savitch LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 720-6300; Fax: (619) 398-0167
Email: dave.deonarine@procopio.com
       pattric.rawlins@procopio.com
       nicholas.kawuka@procopio.com

Thomas J. Mango, ct28149
Michael J. Rye, ct18354
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103-3207
Tel: (860) 286-2929; Fax: (860) 286-0115
Email: tmango@cantorcolburn.com
      mrye@cantorcolburn.com

Attorneys for Defendant Hylete, Inc.