UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>HYLETE LLC, HYLETE, INC., RONALD L. WILSON, II, and MATTHEW PAULSON,<br><br>   Defendants. | Civil Action No. 3:17-CV-01767-VAB |
| HYLETE, INC.,<br><br>   Counterclaimant,<br><br>vs.<br><br>HYBRID ATHLETICS, LLC,<br><br>   Counterdefendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION
<u>WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(1)(II)</u>**

The parties to this action have settled, on confidential terms, all claims and counterclaims in this action. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hybrid Athletics, LLC and Defendants Hylete, LLC, Hylete, Inc., Ronald L. Wilson, II and Matthew Paulson have agreed that the above-captioned action, including all claims and counterclaims, shall be and hereby are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

DATED: December 23, 2020

*/s/ Michael J. Kosma*

Michael J. Kosma, ct27906
Benjamin N. Luehrs, phv08980
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Fax: 203-703-0801
Email: litigation@whipgroup.com
        mkosma@whipgroup.com
        bluehrs@whipgroup.com

Attorneys for Hybrid Athletics, LLC

DATED: December 23, 2020

*/s/ John Begakis*

John Begakis, Esq., SBN 278681
AltView Law Group, LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (310) 230-5580
Fax: (310) 943-2540
Email: john@altviewlawgroup.com

Thomas J. Mango, ct28149
Michael J. Rye, ct18354
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103-3207
Tel: (860) 286-2929
Fax: (860) 286-0115
Email: tmango@cantorcolburn.com

        mrye@cantorcolburn.com

Attorneys for Ronald L. Wilson, II, and Matthew Paulson

DATED:  December 23, 2020      */s/ Dave Deonarine*

Dave Deonarine, phv09386
Pattric J. Rawlins, phv09482
Nicholas S. Kawuka, phv09387
Procopio, Cory, Hargreaves
  & Savitch LLP
12544 High Bluff Drive, Suite 400
San Diego, CA  92130
Tel: (858) 720-6300
Fax: (619) 398-0167
Email: dave.deonarine@procopio.com
pattric.rawlins@procopio.com
nicholas.kawuka@procopio.com

Thomas J. Mango, ct28149
Michael J. Rye, ct18354
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103-3207
Tel:  (860) 286-2929
Fax: (860) 286-0115
Email: tmango@cantorcolburn.com
      mrye@cantorcolburn.com

Attorneys for Hylete LLC and Hylete, Inc.

## CERTIFICATE OF SERVICE

      This is to certify that on December 23, 2020, a copy of the foregoing document, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electornic filing system. Parties may access this filing through the Court's CM/ECF System.

          */s/ Joan M. Burnett*